UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CV-24708-LENARD/GOODMAN

JUAN ABEL FAJARDO,

    Plaintiff,

v.

MASPONS FUNERAL HOME, INC., and
MARIA MASPONS, individually,

    Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT TO THE SETTLEMENT CONFERENCE ON TUESDAY, MARCH 15

THIS CAUSE came before the Court upon Defendants' Motion for Leave to Bring Electronic Equipment to the Settlement Conference on Tuesday, March 15. The Court having considered the Motion and being duly advised on the premises, it is

**ORDERED AND ADJUGED** that the Motion is Granted.

Counsel for Defendants may bring her iPad into the Courtroom on March 15.

DONE and ORDERED in Chambers this ___ day of March 2016.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: All Counsel of Record