UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-24708-LENARD/GOODMAN

JUAN ABEL FAJARDO,

    Plaintiff,

vs.

MASPONS FUNERAL HOME, INC., and
MARIA MASPONS, Individually,

    Defendants,
    _____/

## NOTICE OF SETTLEMENT

    Plaintiff, Juan Abel Fajardo, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement and HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on 14th day of March, 2016, which will effect service on on Ena T. Diaz, Esq., ediaz@enadiazlaw.com, ENA T. DIAZ, P.A., as *Counsel for Defendants*, 999 Ponce De Leon Blvd., Suite 720, Coral Gables, FL 33134.

    FAIRLAW FIRM
    *Counsel for Plaintiff*
    8603 S. Dixie Hwy., Suite 408
    Miami, FL 33143
    Tel:    305.230.4884
    Fax:    305.230.4844

    s/*Brian H. Pollock, Esq.*
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com