UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CV-24708-LENARD/GOODMAN

JUAN ABEL FAJARDO,

    Plaintiff,

v.

MASPONS FUNERAL HOME, INC., and
MARIA MASPONS, individually,

    Defendants.

_____/

## ORDER APPROVING FLSA SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This MATTER is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and For Dismissal of Action with Prejudice. The Parties have sought the Court's approval of their settlement. See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Court has reviewed the Parties' Settlement Agreement attached to their motion, and hereby **GRANTS** the motion. The Parties' Settlement Agreement is **APPROVED**, and this action is hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the Parties' Settlement, should such enforcement be necessary.

DONE AND ORDERED in Chambers, at Miami, Florida, this 11 day of April, 2016.

                                                      JOAN A. LENARD
                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record by CM/ECF